IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLES SMITH,** *et al.*,

    **Plaintiffs,**

vs.                         CASE NO.: 4:06-cv-175-SPM/WCS

**CAPITAL CITY COUNTRY CLUB,**
*et al.*,

    **Defendants.**
_____/

**ORDER OF REFERENCE**

The parties having voluntarily consented to have a United States magistrate judge conduct any and all further proceedings in this case (doc. 9), it is hereby

**ORDERED AND ADJUDGED** that the clerk shall refer this case to a magistrate judge to conduct all proceedings and order the entry of judgment as allowed under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

**DONE AND ORDERED** this <u>fifth</u> day of July, 2006.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           United States District Judge